UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOBI GAINES,

    Plaintiff,

v.

CITY OF OAKLAND,

    Defendant.

Case No. 24-cv-02515-PCP

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 2, 7

This habeas petition is dismissed as duplicative of the stayed petition filed in *Gaines v. Zhou*, Case No. 23-cv-6561-RMI (N.D. Cal. filed Dec. 4, 2023). Dismissal is without prejudice to Mr. Gaines pursuing the claims filed in Case No. 23-cv-6561-RMI.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: October 16, 2024

_____
P. Casey Pitts
United States District Judge